DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALLISON L. HERR
Special Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No.: 2:15-mj-00572-CWH |
|                                        ) | |
|     Plaintiff,                         ) | STIPULATION TO CONTINUE |
|                                        ) | PRELIMINARY HEARING |
|     vs.                                ) | (First Request) |
|                                        ) | |
| JOHNNY MOORE, AKA JOHN MOORE,          ) | |
| JR., AKA "STEVE", AND                  ) | |
| JAZZMIN DAILEY, AKA JAZZIEE,           ) | |
|                                        ) | |
|     Defendants.                        ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Allison L. Herr, Special Assistant United States Attorney, counsel for the United States of America and Raquel Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant JOHNNY MOORE, and Benjamin Durham, counsel for defendant JAZZMIN DAILEY, that the preliminary hearing date in the above-captioned matter, currently scheduled for July 21, 2015 at 4:00 pm, be vacated and continued for a period of two weeks to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1.   The parties wish to pursue pre-indictment negotiations, which if successful would obviate the need for a preliminary hearing.

2. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to pursue a speedy resolution.

3. The parties agree to the continuance, and a denial of this request could result in a miscarriage of justice.

4. The defendants are in custody but do not object to a short continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §3161(h)(7)(A), considering the factors under Title 18, United States Code §3161(h)(7)(B) and § 3161(h)(7)(B)(iv).

6. This is the <u>first</u> request to continue the preliminary hearing.

DATED this 16th day of July, 2015.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By: /s/ Allison Herr<br>    ALLISON L. HERR<br>    Special Assistant United States Attorney | By:  /s/ Raquel Lazo<br>    RAQUEL LAZO<br>    Assistant Federal Public Defender<br>    Attorney for Johnny Moore |
| | By:   /s/ Benjamin C. Durham<br>    BENJAMIN C. DURHAM<br>    Attorney for Jazzmin Dailey |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-00572-CWH |
| Plaintiff, | FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER |
| vs. | |
| JOHNNY MOORE, AKA JOHN MOORE, JR., AKA "STEVE", AND JAZZMIN DAILEY, AKA JAZZIEE, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties wish to pursue pre-indictment negotiations, which if successful would obviate the need for a preliminary hearing.

2. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to pursue a speedy resolution.

3. The parties agree to the continuance, and a denial of this request could result in a miscarriage of justice.

4. The defendants are in custody but do not object to a short continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §3161(h)(7)(A), considering the factors under Title 18, United States Code §3161(h)(7)(B) and § 3161(h)(7)(B)(iv).

6. This is the <u>first</u> request to continue the preliminary hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to prepare for preliminary hearing.

The continuance sought herein is allowed, with the defendant's consent pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 21, 2015 at the hour of 4:00 pm be vacated and continued to August 7, 2015 at the hour of 4:00 p.m.

DATED: July 17, 2015

_____
THE HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE