# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-CR-0226-GMN-PAL |
| vs. ) | **ORDER** |
| JOHNNY MOORE, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Moore's Unopposed Motion to Modify Conditions to Permit Travel (ECF No. 122), filed on September 27, 2016.

Defendant requests that his conditions be modified to permit him to travel to Fresno, California to consult with Mario DiSalvo, Esq. regarding his case and to obtain a second opinion. Defendant represents that the trip will be limited to one day and that he does not anticipate staying overnight.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Modify Conditions to Permit Travel (ECF No. 122) is **granted**.  Defendant Moore is permitted to travel to Fresno, California to consult with Mario DiSalvo, Esq. as deemed appropriate by pretrial services and in accord with the proposals set forth in his Unopposed Motion.

DATED this 27th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge