Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 10, 2020**

Name of Offender: **Johnny Moore**

Case Number: **2:15CR00226**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **February 20, 2018**

Original Offense: **Interstate Travel In Aid of Unlawful Activity**

Original Sentence: **36 months prison, followed by 36 months TSR.**

Date Supervision Commenced: **May 30, 2020**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must contribute to the cost of the treatment in an amount to be determined by the probation officer.

2. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must contribute to the cost of the testing in an amount to be determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

3. **Minor Prohibition** – You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including

your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

4. **Access to Financial Information** – You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

5. **Debt Obligations** – You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

---

## CAUSE

On February 20, 2018, Your Honor sentenced Moore to 36 months imprisonment, followed by 36 months of supervised release for committing the offense of Interstate Travel in Aid of Unlawful Activity. Moore is scheduled to commence supervised release on May 30, 2020.

On February 7, 2019, Moore submitted a prerelease plan requesting to reside in Arizona with his sister. The District of Arizona conditionally accepted the plan but asked that Moore agree to the modification of his conditions as outlined above. Moore declined.

In January 2020, Moore submitted a second prerelease plan requesting to reside with his sister's previous boyfriend in Las Vegas. The undersigned officer denied the plan as the residence was not acceptable.

On March 2, 2020, the undersigned officer informed Moore that his plan to reside with his sister's previous boyfriend was denied. The parties discussed options and Moore agreed that he preferred to live in Arizona with family. The undersigned officer explained to Moore that the District of Arizona requested the modification of his conditions (as outlined above) in order for them to accept courtesy supervision. Moore agreed to the modification as evidenced by his signature on the attached Probation 49 form. As such, the undersigned officer respectfully requests the modification of Moore's conditions to include substance abuse treatment, drug testing, minor prohibition, access to financial information, and debt obligations.

Please contact the undersigned officer at 702-278-8528 or tawni_salem@nvp.uscourts.gov with any questions or concerns.

The Court Orders the
modification requested,

March 12, 2020

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Tawni Lea Salem
2020.03.11
14:09:14 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

Benjamin Johnson
2020.03.10 18:57:07
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must contribute to the cost of the treatment in an amount to be determined by the probation officer.

2. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must contribute to the cost of the testing in an amount to be determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

3. **Minor Prohibition** – You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

4. **Access to Financial Information** – You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

5. **Debt Obligations** – You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Witness _____  Signed _____
U.S. Probation Officer                   Probationer or Supervised Releasee

3-5-20
Date