UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Johnny Moore

Case No.: 2:15CR00226

**<u>Request to Initiate Transfer of Jurisdiction</u>**

June 2, 2020

TO: The Honorable Gloria M. Navarro
       United States District Judge

On February 20, 2018, Your Honor sentenced Moore to a 36 month term of custody to be served in the Bureau of Prisons, followed by a 3-year term of supervised release, as a result of his guilty plea to one count of Interstate Travel in Aid of Unlawful Activity.

Moore commenced supervised release on May 29, 2020, in the District of Arizona.

On June 1, 2020, the Probation Office for the District of Arizona contacted the Probation Office for the District of Nevada and advised that Moore intends to remain in Arizona throughout the duration of his term of supervised release. Subsequently, the District of Arizona is requesting that jurisdiction be transferred to their district.

If Your Honor agrees, the Prob 22 form is attached for your review and signature.

Respectfully submitted,

Shawn Mummey
2020.06.03
08:18:53 -07'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Benjamin Johnson
2020.06.02 16:14:58
-07'00'

Benjamin Johnson
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:15CR00226 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Johnny Moore | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/29/2020 | TO 5/28/2023 |

OFFENSE
18 U.S.C § 1952 (a)(3)(A)   Interstate Travel in Aid of Unlawful Activity

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 3, 2020
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF   Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*   *United States District Judge*